Núm. 27.—MONTANER, recurrente *v.* COMISIÓN INDUSTRIAL, recurrida.— Mayo 10, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Visto el párrafo tercero del artículo 35 de la Ley núm. 45, aprobada en 18 de abril de 1935, ((1) pág. 251), y los casos de *Montaner v. La Comisión Industrial,* 50 D.P.R. 965, y *Montaner* v. *La Comisión Industrial,* 51 D.P.R. 934, se fija en la cantidad de $25 el importe de los servicios prestados ante esta Corte Suprema por el abogado Juan Lastra en representación de Laura Guerra Custodio, como madre con patria potestad sobre su menor hijo Francisco Gandarillas Guerra.

Núm. 1021.—VEGA, recurrente, *v.* REGISTRADOR, recurrido.— Mayo 16, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, este recurso gubernativo se interpuso contra una nota del Registrador de la Propiedad de San Germán negándose a inscribir la segregación de cierta finca por no acompañarse los planos exigidos a su juicio por la Resolución Conjunta Núm. 55 de 15 de mayo de 1935 y el reglamento del Comisionado del Interior dictado de conformidad con la misma; y

· POR CUANTO, dicha Resolución Conjunta es nula por inconstitucional, según se decidió por esta propia Corte Suprema en *Nazario* v. *Registrador,* 53 D.P.R. 136, siguiendo la jurisprudencia sentada en *Valiente & Co.* v. *Sancho Bonet, Tesorero,* 50 D.P.R. 586, confirmado por la Corte de Circuito de Apelaciones del Primer Circuito en *Sancho* v. *Valiente & Co.,* 93 F. (2d) 327;

POR TANTO, se revoca la nota recurrida y se ordena la inscripción solicitada.